UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Joseph F. Hoffman</u>

            v.                          Civil No. 06-cv-128-PB

<u>Michael Nolin, et al</u>

<u>O R D E R</u>

After due consideration of the response filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 4, 2006.

SO ORDERED.

October 24, 2006                        /s/ Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

cc:    Joseph Hoffman, pro se